IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| HOMEVESTORS OF AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-01828 |
| | § | |
| STEPHEN CHATTO, and | § | |
| JASON RAMOS, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## AGREED FINAL JUDGMENT

On June 8, 2016, Plaintiff HomeVestors of America, Inc. ("HomeVestors") and Defendants Stephen Chatto and Jason Ramos (collectively, "Defendants") (together with HomeVestors, the "Parties") notified the Court that they have reached a confidential settlement of all claims and causes of action in this proceeding. In connection with the Parties' settlement, the Parties jointly requested the Court enter an Agreed Final Judgment finally resolving all claims and causes of action in this proceeding. By entering this Agreed Final Judgment, the Court is not finding either party liable for any claim asserted in the lawsuit. Having considered the Parties' request, the Court is of the opinion that the Parties' Agreed Final Judgment shall be entered.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

Defendants and their agents, vendors, affiliates, employees, successors, assigns, and persons acting under their direction or in active concert or participation with them are permanently enjoined from the following activities in connection with any home buying, selling, or other franchising, financial, or real-estate-related services:

1.    Using the HomeVestors Marks, as identified in Exhibit A, or any marks substantially similar thereto through any means whatsoever including but not limited to: (a) direct mail, vehicle placards, signs, and billboards, (b) blog posts, articles, and other content as a banner, meta tags, or title or in the content copy, (c) social media posts, handles, account names and descriptions, user names, and social media tags and hash tags, (d) domain names, domain name components, URL extensions, website copy, header tags, title tags, meta tags, and other website materials, (e) company names and assumed names, (g) as a trademark or service mark, and (g) any other form of advertising; and

2.    Actively bidding on any of the HomeVestors Marks as "exact match," "broad match," or "phrase match" search terms in any of their keyword advertising campaigns.

IT IS FURTHER ORDERED that Defendants and their agents, vendors, affiliates, employees, successors, assigns, and persons acting under their direction or in active concert or participation with them shall list the terms "we buy ugly houses," "we buy ugly homes," "HomeVestors," "Ugly House(s)," and "Ugly Home(s)" as negative keywords in all current and future keyword ad accounts and campaigns.

IT IS FURTHER ORDERED that the parties are responsible for their own attorneys' fees and costs of court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief
not expressly granted herein is hereby denied.

Signed and entered this _____ day of _____, 2016.


_____
United States District Judge

AGREED:

ROYER COOPER COHEN BRAUNFELD LLC

/s/   BARRY COHEN

Barry L. Cohen
bcohen@rccblaw.com
New Jersey State Bar No. 028221993

101 W. Elm Street, Suite 220
Conshohocken, PA 19428
P.  484-362-2620
F.  484-362-2630

**ATTORNEYS FOR PLAINTIFF
HOMEVESTORS OF AMERICA, INC.**

-and-

Stephen Chatto

Jason Ramos

**DEFENDANTS**

ISGATE, CHICCARINE & DEGROOT

/s/   Ronald Isgate

Ronald Isgate
risgate@isgatelaw.com
New Jersey State Bar No. 028142003

The Conley Building
80 North Main Street, Suite 2A
Dolyestown, PA 18901
P.  215-396-1020
F.  215-396-2650

**ATTORNEYS FOR DEFENDANTS
STEPHEN CHATTO AND JASON
RAMOS**

EXHIBIT A

| Mark | Reg./Ser. No. | Goods/Services |
|---|---|---|
| WE BUY UGLY HOUSES. HomeVestors | 2,761,385 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| WE BUY UGLY HOUSES | 3,099,814 | IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services. |
| COMPRAMOS CASAS FEAS | 2,988,337 | IC 36.  Real estate services, namely, the acquisition and brokerage of residential real property and real estate financing services. |
| COMPRAMOS CASAS FEAS | 2,982,363 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| WE BUY UGLY HOUSES | 2,999,705 | IC 36.  Real estate services, namely real estate acquisition, real estate brokerage services and real estate financing services. |
| WE BUY UGLY HOUSES and make them NICE again | 2,827,136 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UGLY'S OK | 2,797,429 | IC 26.  Ornamental novelty buttons. |
| UGLY'S OK | 2,797,374 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UGLY'S OK | 2,794,480 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| WE SELL LUVLY HOUSES.COM | 3,658,442 | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services and loan financing. |
| THE UGLIEST HOUSE OF THE YEAR | 3,641,362 | IC 35.  Organizing and promoting contests for advertising purposes. |
|  | 3,641,361 | IC 35.  Organizing and promoting contests for |

| | | |
|---|---|---|
| THE UGLIEST HOUSE OF THE YEAR  | | advertising purposes. |
|  | 2,746,669 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| HOMEVESTORS | 2,721,129 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UG INVESTS.COM | 3,438,769 | IC 36.  Real estate services, namely, purchase, finance, acquisition and brokerage of residential real estate properties. |
| THE GOOD, THE BAD AND THE UGLY | 3,350,752 | IC 36.  Real estate services, namely, purchase, finance, acquisition and brokerage of residential real estate properties for others. |
| WE BUY THE GOOD, THE BAD AND THE UGLY | 3,307,918 | IC 36.  Real estate services, namely purchase, finance, acquisition and brokerage of residential real estate properties. |
| UG SELLS HOUSES TOO. | 3,263,978 | IC 36.  Real estate services, namely, purchase, finance, acquisition and brokerage of residential real estate properties. |
| SECOND EYES | 3,263,958 | IC 36.  Real estate services, namely, the preparation of analyses and related written reports for others regarding residential real estate condition and estimated refurbishment expenses utilizing a proprietary analytical methodology. |
|  | 3,263,957 | IC 36.  Real estate services, namely, the preparation of analyses and related written reports for others regarding residential real estate condition and estimated refurbishment expenses utilizing a proprietary analytical methodology. |
| SOLUTIONS FOR UGLY SITUATIONS | 3,188,593 | IC 36.  Real estate services, namely real estate acquisition, real estate brokerage services and loan financing. |
| SOLUTIONS FOR UGLY SITUATIONS | 3,185,390 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell |

| | | |
|---|---|---|
| | | residential real estate. |
| UG BUYS HOUSES. | 3,128,574 | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |
| *(image)* | 2,956,744 | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |
| UG BUYS UGLY HOUSES | 2,999,978 | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UG BUYS UGLY HOUSES | 2,935,916 | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |
| HOMEVESTORS | 2,894,974 | IC 36.  Real estate services, namely real estate acquisition, real estate brokerage services and mortgage lending services of residential real estate. |
| THE VESTOR'S CHOICE | 2,894,973 | IC 09.  Downloadable electronic publications in the nature of electronic newsletters relating to developing, operating and marketing franchised businesses that purchase, finance and sell residential real estate. |
| HOMEVESTORS | 2,216,811 | IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services. |
| HOMEVESTORS | 2,402,260 | IC 37.  Building repair services. |
| *(image)* | 2,012,077 | IC 36.  Providing real estate brokerage, mortgage brokerage, and title and home insurance brokerage services. |
| *(image)* | 3,061,604 | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| COMPRAMOS CASAS FEAS | 2,982,363 | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| ADVESTORS HVA MARKETING SERVICES | 4,328,837 | IC 35.  Advertising services. |

| | | |
|---|---|---|
| UGLY OPPORTUNITIES | 4,313,868 | IC 35. Franchise consulting services, namely, consultation in connection with marketing and advertising of franchise businesses, franchise lead generation, strategic franchise planning, territory management and franchise sales; concept and brand development in the field of franchising; marketing and promotion of franchise sales services; business advisory and consulting services relating to franchise sales; broker referral services in the field of franchises. |
| ADVESTORS | 4,313,733 | IC 35.  Advertising services. |
| UG SELLS UGLY HOUSES | 86/098,405 | IC 035.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale. IC 036.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely, real estate agency services and real estate listing. |
| WE SELL UGLY HOUSES | 4,638,341 | IC 035.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale. IC 036.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely, real estate agency services and real estate listing. |
| WE SELL UGLY HOUSES, TOO! | 86/098,386 | IC 035.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale. IC 036.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, |

| | | |
|---|---|---|
| | | real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely, real estate agency services and real estate listing. |
|  | 4,551,942 | IC 035.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate.<br>IC 036.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |
| HOMEVESTING | 85/162,224 | IC 035.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate; organizing and promoting contests for advertising purposes; preparation of analyses and related written reports for others, namely, investors, regarding residential real estate condition and estimated refurbishment expenses utilizing a proprietary analytical methodology.<br>IC 036.  Real estate services, namely, real estate investment services in the nature of purchasing of real estate by franchisees and selling of real estate to others, real estate acquisition services, real estate financing, real estate brokerage, real estate loan financing, providing mortgage, title and home insurance brokerage services, real estate investment services in the nature of purchasing, financing and selling of residential real estate rental properties. |