IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

RECEIVED
JUL 13 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., § § Plaintiff, § § v. § § STEPHEN CHATTO, and § JASON RAMOS, § § Defendants. § § | Civil Action No. 3:16-cv-01828 |

## AGREED FINAL JUDGMENT

On June 8, 2016, Plaintiff HomeVestors of America, Inc. ("HomeVestors") and Defendants Stephen Chatto and Jason Ramos (collectively, "Defendants") (together with HomeVestors, the "Parties") notified the Court that they have reached a confidential settlement of all claims and causes of action in this proceeding. In connection with the Parties' settlement, the Parties jointly requested the Court enter an Agreed Final Judgment finally resolving all claims and causes of action in this proceeding. By entering this Agreed Final Judgment, the Court is not finding either party liable for any claim asserted in the lawsuit. Having considered the Parties' request, the Court is of the opinion that the Parties' Agreed Final Judgment shall be entered.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

Defendants and their agents, vendors, affiliates, employees, successors, assigns, and persons acting under their direction or in active concert or participation with them are permanently enjoined from the following activities in connection with any home buying, selling, or other franchising, financial, or real-estate-related services:

1. Using the HomeVestors Marks, as identified in Exhibit A, or any marks substantially similar thereto through any means whatsoever including but not limited to: (a) direct mail, vehicle placards, signs, and billboards, (b) blog posts, articles, and other content as a banner, meta tags, or title or in the content copy, (c) social media posts, handles, account names and descriptions, user names, and social media tags and hash tags, (d) domain names, domain name components, URL extensions, website copy, header tags, title tags, meta tags, and other website materials, (e) company names and assumed names, (g) as a trademark or service mark, and (g) any other form of advertising; and

2. Actively bidding on any of the HomeVestors Marks as "exact match," "broad match," or "phrase match" search terms in any of their keyword advertising campaigns.

IT IS FURTHER ORDERED that Defendants and their agents, vendors, affiliates, employees, successors, assigns, and persons acting under their direction or in active concert or participation with them shall list the terms "we buy ugly houses," "we buy ugly homes," "HomeVestors," "Ugly House(s)," and "Ugly Home(s)" as negative keywords in all current and future keyword ad accounts and campaigns.

IT IS FURTHER ORDERED that the parties are responsible for their own attorneys' fees and costs of court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted herein is hereby denied.

Signed and entered this __1__ day of __July__, 2016.

_Anne E. Thompson_
United States District Judge

AGREED:

ROYER COOPER COHEN BRAUNFELD LLC

/s/   BARRY COHEN
Barry L. Cohen
bcohen@rccblaw.com
New Jersey State Bar No. 028221993

101 W. Elm Street, Suite 220
Conshohocken, PA 19428
P. 484-362-2620
F. 484-362-2630

**ATTORNEYS FOR PLAINTIFF HOMEVESTORS OF AMERICA, INC.**

-and-

_____
Stephen Chatto

_____
Jason Ramos

**DEFENDANTS**

ISGATE, CHICCARINE & DEGROOT

/s/   Ronald Isgate
Ronald Isgate
risgate@isgatelaw.com
New Jersey State Bar No. 028142003

The Conley Building
80 North Main Street, Suite 2A
Dolyestown, PA 18901
P. 215-396-1020
F. 215-396-2650

**ATTORNEYS FOR DEFENDANTS STEPHEN CHATTO AND JASON RAMOS**